UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VONDA NELSON, on behalf of herself and others
similarly situated in the proposed FLSA Collective Action,

                            **Plaintiff,**

        -against-                                                          23-CV-10816 (DEH)

APTDECO, INC., REHAM FAGIRI, and KALAM
DENNIS,

                            **Defendants.**
------------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties to this action as follows:

1. In lieu of proceeding with this action pending in this Court, Plaintiff will initiate an arbitration proceeding pursuant to and in accordance with the arbitration provision contained in the parties' Employment Offer Letter Agreement dated June 21, 2021 and signed by Plaintiff on June 22, 2021.

2. This action shall be stayed pending the completion of the parties' arbitration proceeding.

Dated: New York, New York
       March 4, 2024

| LEVIN-EPSTEIN & ASSOCIATES, P.C. | COZEN O'CONNOR |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| /s/ Jason Mizrahi | /s/ Michael C. Schmidt |
| By: _____ | By: _____ |
| Jason Mizrahi | Michael C. Schmidt |
| 60 East 42nd Street | 3 World Trade Center |
| Suite 4700 | 175 Greenwich Street – 55th Floor |
| New York, New York 10165 | New York, New York 10007 |
| (212) 792-0048 | (212) 453-3937 |

All proceedings are **STAYED** pending further order of the Court.  The parties shall file a joint status letter within seven (7) days of the completion of arbitration proceedings proposing next steps, if any, in this litigation.  So Ordered.

_[signature]_

Dale E. Ho                    Dated: March 5, 2024
U.S. District Judge        New York, New York