UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nelson,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Aptdeco, Inc. et al.,<br><br>　　　　　　　　Defendants. | 23-CV-10816 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

　　On March 5, 2024, this Court "so ordered" a proposed stipulation to stay all proceedings in this case pending arbitration. ECF No. 13. That Order directed the parties to file a joint status letter "within seven (7) days of completed arbitration proceedings proposing next steps, if any, in this litigation." *Id.*

　　Over one year has passed since this case was stayed pending arbitration. No status letter has been filed. By **April 14, 2025**, the parties shall file a joint status letter informing the Court about the status of arbitration—that is, whether arbitration has occurred and, if not, when it shall occur.

SO ORDERED.

Dated: April 7, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge