
## LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

July 31, 2025

<u>*Via Electronic Filing*</u>
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *Nelson v. Aptdeco, Inc. et al*
         Case No.: 1:23-cv-10816-DEH

Dear Honorable Judge Ho:

  The instant letter respectfully serves as a request for an extension of time to, through and including, August 18, 2025, to file a joint status letter.

  The basis of this request is that the undersigned law firm requires additional time to re-establish contact with Plainitff Vonda Nelson (the "Plaintiff").

  Thank you, in advance, for your time and attention to this matter.

               Respectfully submitted,

               LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: */s/ Jason Mizrahi*
               Jason Mizrahi, Esq.
               420 Lexington Avenue, Suite 2458
               New York, NY 10170
               Tel. No.: (212) 792-0048
               Email: Jason@levinepstein.com
               *Attorneys for Plaintiff*

VIA ECF: All Counsel

---

Application GRANTED IN PART. The Court's prior Order, dated July 18, 2025, directed Plaintiff's counsel "to show cause why this case should not be dismissed for failure to prosecute" in his next status letter if he had not been able to reach Plaintiff before then. ECF No. 19. The endorsed letter reflects that Plaintiff's counsel remains unable to reach Plaintiff, and the letter does not show cause why the case should not be dismissed. Therefore, it is hereby ORDERED that Plaintiff file a letter by Tuesday, August 5, 2025, showing cause why this case should not be dismissed for failure to prosecute. SO ORDERED.

*[signature]*
Dale E. Ho
United States District Judge
Dated: July 31, 2025
New York, New York